■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL BEICKERT, Appellant. [653 NYS2d 860] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered July 29, 1993, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a

reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Bracken, J. P., O'Brien, Florio and Luciano, JJ., concur.